**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MECTA Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-0758275** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **19799 SW 95th Avenue**<br>**Suite B**<br>**Tualatin, OR 97062**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Washington**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.mectacorp.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **MECTA Corporation**          Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3359__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **MECTA Corporation**
_____   Case number (*if known*) _____
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Balance Point LLC** | Relationship | **Affiliate** |
| District | **Delaware** | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

▮ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**　.

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **MECTA Corporation**

Name

Case number (*if known*) _____

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **MECTA Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 30, 2021**
             MM / DD / YYYY

**X /s/ Robin H. Nicol**                          **Robin H. Nicol**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Shanti M. Katona**                    Date    **September 30, 2021**
Signature of attorney for debtor                          MM / DD / YYYY

**Shanti M. Katona 5352**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 252-0920**    Email address    **skatona@polsinelli.com**

**5352 DE**
Bar number and State

### WRITTEN CONSENT OF THE SOLE DIRECTOR
### OF MECTA CORPORATION
September 30, 2021

Under the provisions of MECTA Corporation (the "**Corporation**"), a corporation organized and validly existing under the laws of the State of Oregon, effective as of the date written above, the undersigned, constituting the sole member of the Board of Directors (the "**Board**"), by consent in writing, in accordance with the Corporation's Bylaws and the Restated Articles of Incorporation, does hereby consent to and adopts the following resolutions:

**A.      Chapter 11 Filing**

**WHEREAS**, the Board has reviewed and considered the Corporation's financial and operational condition, historical performance and current and long-term liabilities, as well as relevant industry conditions, and have considered various alternatives in respect of such matters;

**WHEREAS**, the Board has considered presentations by the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it and the effect of the foregoing on the Corporation's business; and

**WHEREAS**, the Board has had the opportunity to consult with the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Corporation under the provisions of Subchapter V of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that Robin Nicol and Adrian Kettering (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Corporation the petition, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and it is further

**RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

**B.      Retention of Professionals**

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Polsinelli PC as counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and

all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Polsinelli PC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ Wyse Advisors LLC ("**Wyse**") as financial advisor to assist the Corporation in carrying out its duties under the Bankruptcy Code and all related matters, and any prior actions taken in connection therewith are hereby ratified in their entirety, including entry into any agreement among the Corporation and Wyse, to provide management services to the Corporation; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ Bankruptcy Management Solutions, Inc. d/b/a Stretto ("**Stretto**") as notice, claims, and balloting agent and as administrative advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Stretto; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the bankruptcy, with a view to the successful prosecution of such cases.

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all members of the Board have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board; and it is further

**RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole member of any direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

This Consent may be signed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one instrument.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent effective as of the date first set forth above.

/s/ Robin H. Nicol
Robin H. Nicol, President

79980577.1

# MECTA CORPORATION

**Financial Statements**

**(notes to financial statements omitted)**

**December 31, 2020 and 2019**

# Table of Contents

|  | Page |
|---|---|
| **Financial Statements:** | |
| **Balance Sheets** | **4** |
| **Statement of Operations and Retained Earnings** | **5** |
| **Statement of Cash Flows** | **6** |
| **Supplementary Data:** | |
| **Schedule 1 – Sales** | **7** |
| **Schedule 2 – Cost of Sales** | **8** |
| **Schedule 3 – Operating Expenses** | **9** |

# MECTA CORPORATION
## Balance Sheets
### As of December 31, 2020 and 2019

| ASSETS | 2020 | 2019 |
|---|---|---|
| Current Assets | | |
| Cash and cash equivalents | 594,240 | $   892,617 |
| Accounts receivable, net of allowance for doubtful accounts of $26,815, $1,500, $1,500 | 617,021 | 145,365 |
| Inventory, at cost | 260,828 | 195,522 |
| Prepaid expenses | 55,666 | 38,242 |
| Due from shareholder | 12,225 | - |
| Total Current Assets | 1,539,980 | 1,271,746 |
| Property and equipment, net of accumulated depreciation of $428,003, 611,357 and 586,190 | 67,959 | 90,953 |
| **TOTAL ASSETS** | **$ 1,607,940** | **$ 1,362,699** |
| | | |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | |
| Current Liabilities | | |
| Accounts Payable | 234,310 | $   301,643 |
| PPP Cares Loan | 192,700 | |
| Due to shareholder | | 226,229 |
| Total Current Liabilities | 427,010 | 527,872 |
| Shareholders' equity | | |
| Common stock (no par value, 500 shares authorized and 102 shares issued and outstanding) | 7,650.00 | 7,650 |
| Retained Earnings | 1,173,280 | 827,177 |
| Total Shareholders' equity | 1,180,930 | 834,827 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | **1,607,940** | **1,362,699** |

**MECTA CORPORATION**
**Statement of Cash Flow**
**For the Years Ended December 31, 2020 and 2019**

|  | 2020 | 2019 |
|---|---|---|
| Cash flow from operating activities: |  |  |
| Net income | 346,103 | $    (5,309) |
| Adjustments to reconcile net income to net cash provided by operating activities: |  |  |
| Depreciation expense | 23,805 | 25,167 |
| Changes in operating assets and liabilities |  |  |
| (Increase) decrease in accounts receivable | (470,020) | 235,387 |
| (Increase) decrease in inventory | (65,306) | (16,634) |
| (Increase) decrease in prepaid expenses | (17,425) | 8,727 |
| Increase (decrease) in accounts payable | (67,331) | 228,753 |
| Cash provided by operating activities | (250,174) | 476,091 |
|  |  |  |
| Cash flow from investing activities |  |  |
| Purchases of equipment | (2,449) | (54,986) |
| Cash used by investing activities | (2,449) | (54,986) |
|  |  |  |
| Cash flow from financing activities |  |  |
| Due to/from shareholders | (238,454) | (12,225) |
| CARES Loan | 192,700 |  |
| Distribution to shareholders | - | (86,337) |
| Cash used by financing activities | (45,754) | (98,562) |
|  |  |  |
| Net increase (decrease) in cash | (298,377) | 322,543 |
|  |  |  |
| **Cash, beginning of year** | **892,617** | **570,074** |
|  |  |  |
| **Cash, end of year** | **$    594,240** | **$    892,617** |

See Accountant's Disclaimer

**MECTA CORPORATION**

**Statements of Operations and Retained Earnings**

**For the years ended December 31, 2020 and 2019**

| | 2020 | | 2019 | |
| --- | --- | --- | --- | --- |
| | Amount | Percent of Sales | Amount | Percent of Sales |
| Sales, net of returns and discounts (Schedule 1) | $ 3,585,969 | 100.0% | $ 3,242,279 | 100.0% |
| Cost of sales (Schedule 2) | (719,503) | -20.1% | (760,766) | -23.5% |
| **Gross Profit** | **2,866,466** | **79.9%** | **2,481,513** | **76.5%** |
| Selling and administrative expenses (Schedule 3) | (2,506,422) | -69.9% | (2,487,486) | -76.7% |
| **Income from operations** | 360,044 | 10.0% | (5,973) | -0.2% |
| Other income | | | | |
| Miscellaneous income | 31 | | 283 | |
| Interest income | 463 | | 382 | |
| Net other income | 494 | 0.0% | 664 | 0.0% |
| Other Expense | | | | |
| Interest Expense | 12,251 | | | |
| Disposal Loss | 2,184 | | | |
| Net Other Expense | 14,435 | 4.0% | - | 0.0% |
| **Net Income** | **346,103** | **9.7%** | **(5,309)** | **-0.2%** |
| **Beginning retained earnings** | **827,177** | | **918,823** | |
| **Shareholder distributions** | **-** | | **(86,337)** | |
| **Ending retained earnings** | **$1,173,280** | | **$    827,177** | |

See Accountant's Disclaimer

**MECTA CORPORATION**

**Supplementary Data**

**Schedule 1 - Sales**

**For the years ended December 31, 2020 and 2019**

| Sales: | 2020 Amount | 2020 Percent of Sales | 2019 Amount | 2019 Percent of Sales |
|---|---|---|---|---|
| Machine sales, net discount | $ 2,520,527 | 70.3% | $ 2,476,596 | 76.4% |
| Part sales | 588,131 | 16.4% | 543,159 | 16.8% |
| QC and software upgrade | 187,200 | 5.2% | 135,470 | 4.2% |
| Video and literature sales | 5,434 | 0.2% | 4,984 | 0.2% |
| Rentals | 291,455 | 8.1% | 96,500 | 3.0% |
| Other | 48,941 | 1.4% | 20,547 | 0.6% |
|  | 3,641,688 | 112.3% | 3,277,256 | 101.1% |
| Returns | (55,719) | -1.6% | (34,977) | -1.1% |
| **Total sales** | **$3,585,969** | **100.0%** | **$ 3,242,279** | **100.0%** |

See Accountant's Disclaimer

**MECTA CORPORATION**

**Supplementary Data**

**Schedule 2 - Cost of Goods Sold**

**For the years ended December 31, 2020 and 2019**

| Cost of goods sold: | 2020 | | 2019 | |
| --- | --- | --- | --- | --- |
| | Amount | Percent of Sales | Amount | Percent of Sales |
| Materials | $ 597,215 | 16.7% | $ 638,521 | 19.7% |
| Manufacturing Wages, Contract La | 111,344 | 3.1% | 119,600 | 3.7% |
| Other unallocated cost of sales exp | 10,944 | 0.3% | 2,645 | 0.1% |
| **Total cost of goods sold** | **$ 719,503** | **20.1%** | **$ 760,766** | **23.5%** |

See Accountant's Disclaimer

**MECTA CORPORATION**
**Supplementary Data**
**Schedule 3 - Operating Expenses**
**For the years ended December 31, 2020, 2019 and 2018**

|  | 2020 | | 2019 | |
| --- | --- | --- | --- | --- |
| **Operating expenses:** | **Amount** | **Percent of Sales** | **Amount** | **Percent of Sales** |
| Advertising and promotions | $    50,231 | 1.4% | $    41,992 | 1.3% |
| Auto expenses | 9,048 | 0.3% | 5,092 | 0.2% |
| Bank charges | 27,556 | 0.8% | 10,818 | 0.3% |
| Bad Debt Expense | 25,315 | 0.7% | | |
| Building rent | 101,050 | 2.8% | 93,594 | 2.9% |
| Certification fees | 6,364 | 0.2% | 5,741 | 0.2% |
| Communication | 9,575 | 0.3% | 8,132 | 0.3% |
| Contributions | 7,550 | 0.2% | 6,005 | 0.2% |
| Depreciation and amortization | 23,805 | 0.7% | 25,373 | 0.8% |
| Employee benefits | 93,787 | 2.6% | 67,929 | 2.1% |
| Insurance | 298,308 | 8.3% | 212,995 | 6.6% |
| Maintenance and repairs | 28,649 | 0.8% | 23,836 | 0.7% |
| Officer's salary | 241,300 | 6.7% | 230,227 | 7.1% |
| Payroll expense | 240,962 | 6.7% | 595,507 | 18.4% |
| Payroll taxes | 72,684 | 2.0% | 73,441 | 2.3% |
| Postage | 97,167 | 2.7% | 91,201 | 2.8% |
| Professional Services | 314,141 | 8.8% | 286,317 | 8.8% |
| Research and development | 669,853 | 18.7% | 486,820 | 15.0% |
| Royalty expense | | 0.0% | - | 0.0% |
| Selling costs | 123,964 | 3.5% | 77,064 | 2.4% |
| Supplies | 23,005 | 0.6% | 23,261 | 0.7% |
| Taxes and licenses | 28,231 | 0.8% | 17,530 | 0.5% |
| Travel and entertainment | 2,745 | 0.1% | 23,946 | 0.7% |
| Utilities | 9,474 | 0.3% | 10,202 | 0.3% |
| Other unallocated and general and administrative expenses | 1,658 | 0.0% | 70,463 | 2.2% |
| **Total operating expenses** | **$2,506,422** | **69.9%** | **$ 2,487,486** | **76.7%** |

Form **1120-S**

Department of the Treasury
Internal Revenue Service

### U.S. Income Tax Return for an S Corporation

u Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
u Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2020**

For calendar year 2020 or tax year beginning _____, ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date **12/23/86** | **TYPE** | Name **MECTA CORPORATION** | **D** Employer identification number **93-0758275** | |
| **B** Business activity code number (see instructions) **335900** | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. **19799 SW 95TH AVENUE, SUITE B** | **E** Date incorporated **03/20/1980** | |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code **TUALATIN**    **OR 97062** | **F** Total assets (see instructions) $ **1,607,940** | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change   **(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year   u   **3**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | **1a** Gross receipts or sales | **1a** | 3,641,688 | |
| | **b** Returns and allowances | **1b** | 55,719 | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 3,585,969 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 719,503 |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 2,866,466 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instructions—attach statement)   **SEE STMT 1** | | **5** | 78,249 |
| | **6** **Total income (loss).** Add lines 3 through 5   u | | **6** | 2,944,715 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions—attach Form 1125-E) | | **7** | 308,500 |
| | **8** Salaries and wages (less employment credits) | | **8** | 514,564 |
| | **9** Repairs and maintenance | | **9** | |
| | **10** Bad debts | | **10** | 25,315 |
| | **11** Rents | | **11** | 179,178 |
| | **12** Taxes and licenses | | **12** | 100,915 |
| | **13** Interest (see instructions) | | **13** | 12,251 |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 14,993 |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | | **15** | |
| | **16** Advertising | | **16** | 17,091 |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | 93,787 |
| | **19** Other deductions (attach statement)   **SEE STMT 2** | | **19** | 1,313,466 |
| | **20** **Total deductions.** Add lines 7 through 19   u | | **20** | 2,580,060 |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | 364,655 |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2020 estimated tax payments and 2019 overpayment credited to 2020 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Reserved for future use | **23d** | | |
| | **e** Add lines 23a through 23d | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached   u ☐ | | **24** | |
| | **25** **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26: **Credited to 2021 estimated tax** u    **Refunded** u | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

▶ Signature of officer   **ROBIN H NICOL**   Date   Title   **PRESIDENT**

**Paid Preparer Use Only**

| Print/Type preparer's name **KELSEY F. LEWIS, CPA** | Preparer's signature **KELSEY F. LEWIS, CPA** | Date **04/30/21** | Check ☐ if self-employed | PTIN **P01639636** |
|---|---|---|---|---|
| Firm's name   u **ARROW ADVISORY GROUP, LLC** | | | Firm's EIN u **83-1589024** | |
| Firm's address u **4800 SW MEADOWS RD SUITE 300** **LAKE OSWEGO, OR**    **97035** | | | Phone no. **503-906-5200** | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1120-S** (2020)

Form 1120-S (2020)  **MECTA CORPORATION**                    93-0758275                    Page **2**

## Schedule B    Other Information (see instructions)

|   |   | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual |   |   |
|   |  **c** ☐ Other (specify) ↴ |   |   |
| **2** | See the instructions and enter the: |   |   |
|   | **a** Business activity ↴ MANUFACTURING    **b** Product or service ↴ PRODUCT |   |   |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation |   | X |
| **4** | At the end of the tax year, did the corporation: |   |   |
|   | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |   | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

|   |   | Yes | No |
|---|---|---|---|
|   | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |   | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

|   |   | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? |   | X |
|   | If "Yes," complete lines (i) and (ii) below. |   |   |
|   | **(i)** Total shares of restricted stock ↴ |   |   |
|   | **(ii)** Total shares of non-restricted stock ↴ |   |   |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? |   | X |
|   | If "Yes," complete lines (i) and (ii) below. |   |   |
|   | **(i)** Total shares of stock outstanding at the end of the tax year ↴ |   |   |
|   | **(ii)** Total shares of stock outstanding if all instruments were executed ↴ |   |   |
| **6** | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? |   | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ↴ ☐ |   |   |
|   | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. |   |   |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ↴ $ |   |   |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | X |   |
| **10** | Does the corporation satisfy one or more of the following? See instructions |   | X |
|   | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |   |   |
|   | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. |   |   |
|   | **c** The corporation is a tax shelter and the corporation has business interest expense. |   |   |
|   | If "Yes," complete and attach Form 8990. |   |   |
| **11** | Does the corporation satisfy **both** of the following conditions? |   | X |
|   | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. |   |   |
|   | **b** The corporation's total assets at the end of the tax year were less than $250,000. |   |   |
|   | If "Yes," the corporation is not required to complete Schedules L and M-1. |   |   |

Form **1120-S** (2020)

Form 1120-S (2020)  **MECTA CORPORATION**                         93-0758275                          Page **3**

## Schedule B  Other Information (see instructions) *(continued)*

|  |  | Yes | No |
|---|---|:---:|:---:|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
|  | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . **u** $ | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| **14a** | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | X | |
| **b** | If "Yes," did the corporation file or will it file required Forms 1099? | X | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
|  | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . **u** $ | | |

## Schedule K  Shareholders' Pro Rata Share Items

|  |  |  |  | Total amount |
|---|---|---|---|---:|
| Income (Loss) | **1** | Ordinary business income (loss) (page 1, line 21) | **1** | 364,655 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** | Other gross rental income (loss) …… **3a** | | |
| | **b** | Expenses from other rental activities (attach statement) …… **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** | Interest income | **4** | 463 |
| | **5** | Dividends: **a** Ordinary dividends | **5a** | |
| | | **b** Qualified dividends …… **5b** | | |
| | **6** | Royalties | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **8a** | |
| | **b** | Collectibles (28%) gain (loss) …… **8b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) …… **8c** | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797) | **9** | −4,984 |
| | **10** | Other income (loss) (see instructions) …… Type **u** | **10** | |
| Deductions | **11** | Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** | Charitable contributions …… **SEE STMT 3** | **12a** | 7,550 |
| | **b** | Investment interest expense | **12b** | |
| | **c** | Section 59(e)(2) expenditures …… Type **u** | **12c** | |
| | **d** | Other deductions (see instructions) …… Type **u** | **12d** | |
| Credits | **13a** | Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** | Low-income housing credit (other) | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** | Other rental real estate credits (see instructions)   Type **u** | **13d** | |
| | **e** | Other rental credits (see instructions) …… Type **u** | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** | Other credits (see instructions) …… Type **u**  **STMT 4** | **13g** | 15,068 |
| Foreign Transactions | **14a** | Name of country or U.S. possession **u** | | |
| | **b** | Gross income from all sources | **14b** | |
| | **c** | Gross income sourced at shareholder level | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | **d** | Reserved for future use | **14d** | |
| | **e** | Foreign branch category | **14e** | |
| | **f** | Passive category | **14f** | |
| | **g** | General category | **14g** | |
| | **h** | Other (attach statement) | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | **i** | Interest expense | **14i** | |
| | **j** | Other | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **k** | Reserved for future use | **14k** | |
| | **l** | Foreign branch category | **14l** | |
| | **m** | Passive category | **14m** | |
| | **n** | General category | **14n** | |
| | **o** | Other (attach statement) | **14o** | |
| | | Other information | | |
| | **p** | Total foreign taxes (check one): **u** ☐ Paid  ☐ Accrued …… **u** | **14p** | |
| | **q** | Reduction in taxes available for credit (attach statement) | **14q** | |
| | **r** | Other foreign tax information (attach statement) | | |

DAA                                                                                      Form **1120-S** (2020)

Form 1120-S (2020)  **MECTA CORPORATION**                    93-0758275                          Page **4**

## Schedule K    Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **15a** Post-1986 depreciation adjustment | | **15a** | |
| **b** Adjusted gain or loss | | **15b** | |
| **c** Depletion (other than oil and gas) | | **15c** | |
| **d** Oil, gas, and geothermal properties – gross income | | **15d** | |
| **e** Oil, gas, and geothermal properties – deductions | | **15e** | |
| **f** Other AMT items (attach statement) | | **15f** | |
| **16a** Tax-exempt interest income | | **16a** | |
| **b** Other tax-exempt income | | **16b** | |
| **c** Nondeductible expenses | | **16c** | 469 |
| **d** Distributions (attach statement if required) (see instructions) | | **16d** | |
| **e** Repayment of loans from shareholders | | **16e** | 238,454 |
| **17a** Investment income | | **17a** | 463 |
| **b** Investment expenses | | **17b** | |
| **c** Dividend distributions paid from accumulated earnings and profits | | **17c** | |
| **d** Other items and amounts (attach statement) SEE STATEMENT 5 | | | |
| **18  Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | | **18** | 352,584 |

Left margin labels: Alternative Minimum Tax (AMT) Items / Items Affecting Shareholder Basis / Other Information / Reconciliation

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| **1** | Cash | | 892,617 | | 594,240 |
| **2a** | Trade notes and accounts receivable | 146,865 | | 643,836 | |
| **b** | Less allowance for bad debts | ( 1,500) | 145,365 | ( 26,815) | 617,021 |
| **3** | Inventories | | 195,522 | | 260,828 |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) STMT 6 | | 38,242 | | 55,667 |
| **7** | Loans to shareholders | | | | 12,225 |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 702,310 | | 418,997 | |
| **b** | Less accumulated depreciation | ( 611,357) | 90,953 | ( 351,038) | 67,959 |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( | | ( | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | ( | | ( | |
| **14** | Other assets (attach statement) | | | | |
| **15** | Total assets | | 1,362,699 | | 1,607,940 |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | 301,643 | | 234,312 |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) STMT 7 | | | | 192,700 |
| **19** | Loans from shareholders | | 226,229 | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | 7,650 | | 7,650 |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | 827,177 | | 1,173,278 |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | 1,362,699 | | 1,607,940 |

Form **1120-S** (2020)

DAA

Form 1120-S (2020)  **MECTA CORPORATION**      93-0758275      Page **5**

### Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | **346,101** | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $   **STMT 8**   **2,800** | | **2,800** |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | |
| a | Depreciation $   **8,814** | | a | Depreciation $ | | |
| b | Travel and entertainment $   **469** | | | | | |
| | | **9,283** | 7 | Add lines 5 and 6 | | **2,800** |
| 4 | Add lines 1 through 3 | **355,384** | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | **352,584** |

### Schedule M-2  Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | **827,177** | | | |
| 2 | Ordinary income from page 1, line 21 | **364,655** | | | |
| 3 | Other additions   **STMT 9** | **3,263** | | | |
| 4 | Loss from page 1, line 21 | ( | | | |
| 5 | Other reductions   **STMT 10** | ( **21,817** ) | | | ( ) |
| 6 | Combine lines 1 through 5 | **1,173,278** | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | **1,173,278** | | | |

Form **1120-S** (2020)

DAA

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

u **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
u **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| MECTA CORPORATION | 93-0758275 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 195,522 |
| 2 | Purchases | **2** | 667,028 |
| 3 | Cost of labor | **3** | 106,837 |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule)                                          STMT 11 | **5** | 10,944 |
| 6 | **Total.** Add lines 1 through 5 | **6** | 980,331 |
| 7 | Inventory at end of year | **7** | 260,828 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 719,503 |

**9a** Check all methods used for valuing closing inventory:

    *(i)*   [X] Cost

    *(ii)*   [ ] Lower of cost or market

    *(iii)*   [ ] Other (Specify method used and attach explanation.) u

**b** Check if there was a writedown of subnormal goods ............................................................................... u [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ u [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO     **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ......... [ ] Yes  [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ................................................................................................................... [ ] Yes  [X] No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

DAA

**671120**

| | | Final K-1 | | Amended K-1 | | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2020**
For calendar year 2020, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** } **See back of form and separate instructions.**

| Part III | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | Part I | **Information About the Corporation** |
|---|---|---|

**A** Corporation's employer identification number
**93-0758275**

**B** Corporation's name, address, city, state, and ZIP code
**MECTA CORPORATION**

**19799 SW 95TH AVENUE, SUITE B**
**TUALATIN         OR 97062**

**C** IRS Center where corporation filed return
**E-FILE**

| Part II | **Information About the Shareholder** |
|---|---|

**E** Shareholder's name, address, city, state, and ZIP code
**ADRIAN N. KETTERING**

**F** Current year allocation percentage .............. **4.900000** %

**G** Shareholder's number of shares
Beginning of tax year ..................... **5**
End of tax year .......................... **5**

**H** Loans from shareholder
Beginning of tax year ................... $ _____ **0**
End of tax year ......................... $ _____ **0**

For IRS Use Only

| 1 | Ordinary business income (loss) | | | 13 | Credits | |
|---|---|---|---|---|---|---|
| | **17,868** | | | **M** | | **738** |
| 2 | Net rental real estate income (loss) | | | | | |
| 3 | Other net rental income (loss) | | | | | |
| 4 | Interest income | | | | | |
| | **23** | | | | | |
| 5a | Ordinary dividends | | | | | |
| 5b | Qualified dividends | | | 14 | Foreign transactions | |
| 6 | Royalties | | | | | |
| 7 | Net short-term capital gain (loss) | | | | | |
| 8a | Net long-term capital gain (loss) | | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | | |
| 8c | Unrecaptured section 1250 gain | | | | | |
| 9 | Net section 1231 gain (loss) | | | | | |
| | **-244** | | | | | |
| 10 | Other income (loss) | | | 15 | Alternative minimum tax (AMT) items | |
| 11 | Section 179 deduction | | | 16 | Items affecting shareholder basis | |
| | | | | **C*** | | **23** |
| 12 | Other deductions | | | | | |
| **A** | **370** | | | | | |
| | | | | 17 | Other information | |
| | | | | **A** | | **23** |
| | | | | **V*** | | **STMT** |
| | | | | **AC*** | | **STMT** |
| | | | | **AD*** | | **STMT** |
| 18 | More than one activity for at-risk purposes* | | | | | |
| 19 | More than one activity for passive activity purposes* | | | | | |

\* See attached statement for additional information.

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.** www.irs.gov/Form1120S

DAA

**Schedule K-1 (Form 1120-S) 2020**

671120

| | □ Final K-1 | □ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
**2020**
Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____  ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.     } See back of form and separate instructions.

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number
**93-0758275**

**B** Corporation's name, address, city, state, and ZIP code
MECTA CORPORATION

19799 SW 95TH AVENUE, SUITE B
TUALATIN          OR 97062

**C** IRS Center where corporation filed return
**E-FILE**

| **Part II** | **Information About the Shareholder** |

**D** Shareholder's identifying number
████████

**E** Shareholder's name, address, city, state, and ZIP code
ROBIN H. NICOL

████████████████████████████████

**F** Current year allocation percentage .............. **9.800000** %

**G** Shareholder's number of shares
Beginning of tax year ..................... **10**
End of tax year ........................... **97**

**H** Loans from shareholder
Beginning of tax year ............... $ **238,454**
End of tax year .................... $ **0**

For IRS Use Only

---

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) **35,736** | 13 **M** | Credits **1,477** |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income **45** | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) **-488** | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | | |
| | | | |
| | | | |
| | | | |
| 11 | Section 179 deduction | 16 **C*** | Items affecting shareholder basis **46** |
| 12 **A** | Other deductions **740** | **E** | **238,454** |
| | | | |
| | | | |
| | | | |
| | | 17 **A** | Other information **45** |
| | | **V*** | **STMT** |
| | | **AC*** | **STMT** |
| | | **AD*** | **STMT** |

| 18 | □ More than one activity for at-risk purposes* |
| 19 | □ More than one activity for passive activity purposes* |

\* See attached statement for additional information.

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.** www.irs.gov/Form1120S

**Schedule K-1 (Form 1120-S) 2020**

DAA

671120

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2020**
For calendar year 2020, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** } **See back of form and separate instructions.**

| | Final K-1 [X] | Amended K-1 [ ] | OMB No. 1545-0123 |

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

| 1 | Ordinary business income (loss) | 13 | Credits |
| | 311,051 | M | 12,853 |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 395 | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| | −4,252 | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |

**Part I** Information About the Corporation

**A** Corporation's employer identification number
**93-0758275**

**B** Corporation's name, address, city, state, and ZIP code
**MECTA CORPORATION**

**19799 SW 95TH AVENUE, SUITE B**
**TUALATIN        OR 97062**

**C** IRS Center where corporation filed return
**E-FILE**

**Part II** Information About the Shareholder

**D** Shareholder's identifying number
▮▮▮▮▮▮▮▮

**E** Shareholder's name, address, city, state, and ZIP code
**GORHAM D. NICOL**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**F** Current year allocation percentage .............. **85.300000** %

**G** Shareholder's number of shares
Beginning of tax year ..................... **87**
End of tax year ...........................

**H** Loans from shareholder
Beginning of tax year .................. $ _____ **0**
End of tax year ........................ $ _____ **0**

| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C* | 400 |
| 12 | Other deductions | | |
| A | 6,440 | | |

| | | 17 | Other information |
| | | A | 395 |
| | | V* | STMT |
| | | AC* | STMT |
| | | AD* | STMT |

| 18 | More than one activity for at-risk purposes* |
| 19 | More than one activity for passive activity purposes* |

* See attached statement for additional information.

For IRS Use Only

**Form 1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

### Compensation of Officers

u **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**

u **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| MECTA CORPORATION | 93-0758275 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 ROBIN H NICHOL | ▊ | 100.000 % | 9.800 % | % | 168,000 |
| ADRIAN KETTERING | ▊ | 100.000 % | 4.900 % | % | 140,500 |
| GORHAM D NICHOL | ▊ | 0.000 % | 85.300 % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers ............................................................ | **2** | 308,500 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return ............................ | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ............................ | **4** | 308,500 |

**For Paperwork Reduction Act Notice, see separate instructions.**      Form **1125-E** (Rev. 10-2016)

DAA

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property)<br>ᴜ **Attach to your tax return.**<br>ᴜ Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172<br>**2020**<br>Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

| Name(s) shown on return | Identifying number |
|---|---|
| MECTA CORPORATION | 93-0758275 |

Business or activity to which this form relates

**REGULAR DEPRECIATION**

### Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,040,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,590,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 2,997 |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | 17 | 2 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ...... ᴜ ☐ | | |

**Section B—Assets Placed in Service During 2020 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 11,994 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 14,993 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2020)

DAA

MECTA CORPORATION                    93-0758275

Form 4562 (2020)                                                                                                    Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

| 24a | Do you have evidence to support the business/investment use claimed? | | | | [X] Yes | No | 24b | If "Yes," is the evidence written? | | [X] Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ... | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| SUBARU OUTBACK | 01/22/19 | 100.00 % | 44,863 | 26,763 | 5.0 | 200DBHY | 10,705 | |
| MERCEDES GL450 – 2016 | 12/31/15 | 100.00 % | 69,748 | 34,874 | 5.0 | 200DBHY | 1,289 | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ... | | | | | | 28 | 11,994 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ... | | | | | | | 29 | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven ... | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 ... | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? ... | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? ... | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? ... | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ... | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ... | | |
| 39 | Do you treat all use of vehicles by employees as personal use? ... | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ... | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions ... | | |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles. | | |

| **Part VI** | **Amortization** | | | | | |
|---|---|---|---|---|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2020 tax year (see instructions): | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2020 tax year ... | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ... | | | | 44 | |

DAA                                                                                            Form **4562** (2020)

Form **4797**

### Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))

u **Attach to your tax return.**

u **Go to** *www.irs.gov/Form4797* **for instructions and the latest information.**

OMB No. 1545-0184

**2020**

Attachment
Sequence No. **27**

Department of the Treasury
Internal Revenue Service

| Name(s) shown on return | Identifying number |
|---|---|
| MECTA CORPORATION | 93-0758275 |

**1**  Enter the gross proceeds from sales or exchanges reported to you for 2020 on Form(s) 1099-B or 1099-S (or
substitute statement) that you are including on line 2, 10, or 20. See instructions .................................. | **1** |

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| DISPOSAL OF AGED ASSETS | VARIOUS | 01/01/20 | | 281,326 | 286,310 | -4,984 |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3**  Gain, if any, from Form 4684, line 39 ............................................... | **3** | |
| **4**  Section 1231 gain from installment sales from Form 6252, line 26 or 37 ........................ | **4** | |
| **5**  Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ......................... | **5** | |
| **6**  Gain, if any, from line 32, from other than casualty or theft ................................ | **6** | |
| **7**  Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows ...... | **7** | -4,984 |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K,
line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from
line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231
losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the
Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| **8**  Nonrecaptured net section 1231 losses from prior years. See instructions ....................... | **8** | |

**9**  Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line
9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term
capital gain on the Schedule D filed with your return. See instructions ............................... | **9** |

### Part II  Ordinary Gains and Losses (see instructions)

**10**  Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11**  Loss, if any, from line 7 ......................................................... | **11** ( | ) |
| **12**  Gain, if any, from line 7 or amount from line 8, if applicable ............................... | **12** | |
| **13**  Gain, if any, from line 31 ........................................................ | **13** | |
| **14**  Net gain or (loss) from Form 4684, lines 31 and 38a ..................................... | **14** | |
| **15**  Ordinary gain from installment sales from Form 6252, line 25 or 36 .......................... | **15** | |
| **16**  Ordinary gain or (loss) from like-kind exchanges from Form 8824 ........................... | **16** | |
| **17**  Combine lines 10 through 16 ...................................................... | **17** | |

**18**  For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a
and b below. For individual returns, complete lines a and b below.

**a**  If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss
from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an
employee.) Identify as from "Form 4797, line 18a." See instructions ....................... | **18a** |

**b**  Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1
(Form 1040), Part I, line 4 ........................................................ | **18b** |

**For Paperwork Reduction Act Notice, see separate instructions.**                                        Form **4797** (2020)

**THERE ARE NO AMOUNTS FOR PAGE 2**

DAA

| Form **6765** | **Credit for Increasing Research Activities** | OMB No. 1545-0619 |
|---|---|---|
| (Rev. December 2020)<br>Department of the Treasury<br>Internal Revenue Service | u Attach to your tax return.<br>u Go to *www.irs.gov/Form6765* for instructions and the latest information. | Attachment<br>Sequence No. **676** |

| Name(s) shown on return | Identifying number |
|---|---|
| MECTA  CORPORATION | 93-0758275 |

**Section A – Regular Credit.** Skip this section and go to Section B if you are electing or previously elected (and are not revoking) the alternative simplified credit.

| | | | | |
|---|---|---|---|---|
| 1 | Certain amounts paid or incurred to energy consortia (see instructions) | | **1** | |
| 2 | Basic research payments to qualified organizations (see instructions) | **2** | | |
| 3 | Qualified organization base period amount | **3** | | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- | | **4** | |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **5** | | |
| 6 | Cost of supplies | **6** | | |
| 7 | Rental or lease costs of computers (see instructions) | **7** | | |
| 8 | Enter the applicable percentage of contract research expenses. See instructions | **8** | | |
| 9 | Total qualified research expenses. Add lines 5 through 8 | **9** | | |
| 10 | Enter fixed-base percentage, but not more than 16% (0.16) (see instructions) | **10** | % | |
| 11 | Enter average annual gross receipts. See instructions | **11** | | |
| 12 | Multiply line 11 by the percentage on line 10 | **12** | | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- | **13** | | |
| 14 | Multiply line 9 by 50% (0.50) | **14** | | |
| 15 | Enter the **smaller** of line 13 or line 14 | | **15** | |
| 16 | Add lines 1, 4, and 15 | | **16** | |
| 17 | Are you electing the reduced credit under section 280C? u ☐ Yes ☐ No<br>If "Yes," multiply line 16 by 15.8% (0.158). If "No," multiply line 16 by 20% (0.20) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | | **17** | |

**Section B – Alternative Simplified Credit.** Skip this section if you are completing Section A.

| | | | | |
|---|---|---|---|---|
| 18 | Certain amounts paid or incurred to energy consortia (see the line 1 instructions) | | **18** | |
| 19 | Basic research payments to qualified organizations (see the line 2 instructions) | **19** | | |
| 20 | Qualified organization base period amount (see the line 3 instructions) | **20** | | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | | **21** | 0 |
| 22 | Add lines 18 and 21 | | **22** | |
| 23 | Multiply line 22 by 20% (0.20) | | **23** | |
| 24 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **24** | 153,576 | |
| 25 | Cost of supplies | **25** | 98,721 | |
| 26 | Rental or lease costs of computers (see the line 7 instructions) | **26** | | |
| 27 | Enter the applicable percentage of contract research expenses. See the line 8 instructions | **27** | 49,137 | |
| 28 | Total qualified research expenses. Add lines 24 through 27 | **28** | 301,434 | |
| 29 | Enter your total qualified research expenses for the prior 3 tax years. If you had no qualified research expenses in any one of those years, skip lines 30 and 31 | **29** | 991,163 | |
| 30 | Divide line 29 by 6.0 | **30** | 165,194 | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | **31** | 136,240 | |
| 32 | Multiply line 31 by 14% (0.14). If you skipped lines 30 and 31, multiply line 28 by 6% (0.06) | | **32** | 19,074 |
| 33 | Add lines 23 and 32 | | **33** | 19,074 |
| 34 | Are you electing the reduced credit under section 280C? u ☐ Yes ☒ No<br>If "Yes," multiply line 33 by 79% (0.79). If "No," enter the amount from line 33 and see the line 17 instructions for the statement that must be attached. Members of controlled groups or businesses under common control: see instructions for the statement that must be attached | | **34** | 15,068 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **6765** (Rev. 12-2020)

DAA

Form 6765 (Rev. 12-2020)   **MECTA CORPORATION**                                93-0758275          Page **2**

**Section C—Current Year Credit**

| | | | |
|---|---|---|---|
| **35** | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also used to figure the credit on line 17 or line 34 (whichever applies) | **35** | |
| **36** | Subtract line 35 from line 17 or line 34 (whichever applies). If zero or less, enter -0- | **36** | 15,068 |
| **37** | Credit for increasing research activities from partnerships, S corporations, estates, and trusts | **37** | |
| **38** | Add lines 36 and 37 | **38** | 15,068 |
| | • Estates and trusts, go to line 39. | | |
| | • Partnerships and S corporations not electing the payroll tax credit, stop here and report this amount on Schedule K. | | |
| | • Partnerships and S corporations electing the payroll tax credit, complete Section D and report on Schedule K the amount on this line reduced by the amount on line 44. | | |
| | • Eligible small businesses, stop here and report the credit on Form 3800, Part III, line 4i. See instructions for the definition of eligible small business. | | |
| | • Filers other than eligible small businesses, stop here and report the credit on Form 3800, Part III, line 1c. | | |
| | **Note:** Qualified small business filers, other than partnerships and S corporations, electing the payroll tax credit must complete Form 3800 before completing Section D. | | |
| **39** | Amount allocated to beneficiaries of the estate or trust (see instructions) | **39** | |
| **40** | Estates and trusts, subtract line 39 from line 38. For eligible small businesses, report the credit on Form 3800, Part III, line 4i. See instructions. For filers other than eligible small businesses, report the credit on Form 3800, Part III, line 1c | **40** | |

**Section D—Qualified Small Business Payroll Tax Election and Payroll Tax Credit.** Skip this section if the payroll tax election does not apply. See instructions.

| | | | |
|---|---|---|---|
| **41** | Check this box if you are a qualified small business electing the payroll tax credit. See instructions | ☐ | |
| **42** | Enter the portion of line 36 elected as a payroll tax credit (do not enter more than $250,000). See instructions | **42** | |
| **43** | General business credit carryforward from the current year (see instructions). Partnerships and S corporations skip this line and go to line 44 | **43** | |
| **44** | Partnerships and S corporations, enter the smaller of line 36 or line 42. All others, enter the smallest of line 36, line 42, or line 43. Enter here and on the applicable line of Form 8974, Part 1, column (e). Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | **44** | |

Form **6765** (Rev. 12-2020)

## Section 199A Information Worksheet

| Form **1120-S** | For calendar year 2020 or tax year beginning | , ending | **2020** |
|---|---|---|---|

| Name | Employer Identification Number |
|---|---|
| **MECTA  CORPORATION** | **93-0758275** |

|  | **Activity Description** | **Pass-Through Entity EIN** | **PTP** | **Aggregated** | **SSTB** |
|---|---|---|---|---|---|
| **Column A** | PRODUCT  DEVELOPMENT  &  MFG | | ☐ | ☐ | ☐ |
| **Column B** | | | ☐ | ☐ | ☐ |
| **Column C** | | | ☐ | ☐ | ☐ |
| **Column D** | | | ☐ | ☐ | ☐ |
| **Column E** | | | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 364,655 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | -4,984 | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 929,901 | | | | |
| **Qualified property** | 197,306 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Section 199A(g) deduction

**Section 199A REIT dividends**

257 MECTA CORPORATION                                              4/30/2021  7:41 AM
93-0758275                          **Federal Statements**
FYE: 12/31/2020

### Statement 1 - Form 1120-S, Page 1, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---|
| SUBLEASE INCOME | $ 78,217 |
| MISC INCOME | 32 |
| TOTAL | $ 78,249 |

### Statement 2 - Form 1120-S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| AUTO & TRUCK | $ 9,048 |
| BANK CHARGES | 27,556 |
| CERTIFICATION FEES | 6,364 |
| COMMISSIONS | 115,631 |
| CONSULTING & OUTSIDE SERVICES | 177,943 |
| FREIGHT OUT | 95,426 |
| INSURANCE | 298,308 |
| LEGAL & ACCOUNTING | 136,198 |
| MEETING EXPENSE | 18,557 |
| OFFICE  MAINTENANCE | 28,649 |
| OFFICE  EXPENSE | 13,459 |
| OFFICE SUPPLIES | 27,443 |
| R&D - CONTRACT LABOR | 109,193 |
| R&D-EXPENSE | 219,381 |
| SALES EXPENSE | 8,333 |
| TELEPHONE | 9,575 |
| TRAVEL | 1,805 |
| UTILITES | 9,474 |
| WORKERS COMP | 86 |
| JOB CREDIT | 477 |
|  | 90 |
| 50% OF MEALS | 470 |
| TOTAL | $ 1,313,466 |

### Statement 3 - Form 1120-S, Page 3, Schedule K, Line 12a - Cash Contributions

| Description | Cash Contrib 60% | Cash Contrib 30% | Qualified Cash Contrb | Total |
|---|---|---|---|---|
| CASH CONTRIBUTIONS | $ 7,550 | $ | $ | $ 7,550 |
| TOTAL | $ 7,550 | $ 0 | $ 0 | $ 7,550 |

### Statement 4 - Form 1120-S, Page 3, Schedule K, Line 13g - Other Credits

| Description | Amount |
|---|---|
| RESEARCH CREDIT | $ 15,068 |
| TOTAL | $ 15,068 |

1-4

257 MECTA CORPORATION                                              4/30/2021  7:41 AM
93-0758275                          **Federal Statements**
FYE: 12/31/2020

---

### Statement 5 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
| --- | --- |
| SECTION 199A INFORMATION - SEE ATTACHED WRK | |

---

### Statement 6 - Form 1120-S, Page 4, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
| --- | --- | --- |
| PREPAID INSURANCE | $        22,753 | $        31,053 |
| PREPAID OTHER | 2,524 | 7,677 |
| PREPAID RENT | 12,965 | 16,937 |
| TOTAL | $        38,242 | $        55,667 |

---

### Statement 7 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
| --- | --- | --- |
| PPP CARES LOAN | $ | $       192,700 |
| TOTAL | $             0 | $       192,700 |

---

### Statement 8 - Form 1120-S, Page 5, Schedule M-1, Line 5 - Income on Books Not on Return

| Description | Amount |
| --- | --- |
| FORM 4797 BOOK/TAX DIFF | $         2,800 |
| TOTAL | $         2,800 |

---

### Statement 9 - Form 1120-S, Page 5, Schedule M-2, Line 3(a) - Other Additions

| Description | Amount |
| --- | --- |
| FORM 4797 BOOK/TAX DIFF | $         2,800 |
| INTEREST INCOME | 463 |
| TOTAL | $         3,263 |

---

### Statement 10 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
| --- | --- |
| TRAVEL & ENTERTAINMENT | $           469 |
| DEPRECIATION BOOK/TAX DIFF | 8,814 |
| NET SECTION 1231 LOSS | 4,984 |
| CHARITABLE CONTRIBUTIONS | 7,550 |
| TOTAL | $        21,817 |

257 MECTA CORPORATION
93-0758275
FYE: 12/31/2020

**Federal Statements**

4/30/2021 7:41 AM

## Statement 11 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| WARRANTY EXPENSE | $ 10,944 |
| TOTAL | $ 10,944 |

257 MECTA CORPORATION
93-0758275
FYE: 12/31/2020

**Federal Statements**
**ADRIAN N. KETTERING**

4/30/2021  7:41 AM

---

### Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| PAGE 1 MEALS | $ 23 |
| TOTAL | $ 23 |

---

### Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990 GROSS RECEIPTS FOR 2019 | 163,062 |
| 8990 GROSS RECEIPTS FOR 2018 | 190,778 |
| 8990 GROSS RECEIPTS FOR 2017 | 178,050 |

---

### Schedule K-1, Box 17, Code AD - Other Information

| Description | Shareholder Amount |
|---|---|
| S CORP IS NOT AN ELIGIBLE SMALL BUSINESS IRC 38(C)(5)(B) | |

257  MECTA  CORPORATION
93-0758275
FYE: 12/31/2020

**Federal  Statements**
**ROBIN H. NICOL**

4/30/2021  7:41 AM

## Schedule K-1, Box 16, Code C - Nondeductible Expenses

| Description | Shareholder Amount |
|---|---|
| PAGE  1  MEALS | $          46 |
| TOTAL | $          46 |

## Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990  GROSS  RECEIPTS  FOR  2019 | 326,125 |
| 8990  GROSS  RECEIPTS  FOR  2018 | 381,555 |
| 8990  GROSS  RECEIPTS  FOR  2017 | 356,100 |

## Schedule K-1, Box 17, Code AD - Other Information

| Description | Shareholder Amount |
|---|---|
| S  CORP  IS  NOT  AN  ELIGIBLE  SMALL  BUSINESS  IRC  38(C)(5)(B) | |

257  MECTA  CORPORATION                                          4/30/2021  7:41 AM
93-0758275                        **Federal  Statements**
FYE: 12/31/2020                  **GORHAM D. NICOL**

## Schedule K-1, Box 16, Code C - Nondeductible Expenses

|            Description            | Shareholder Amount |
|-----------------------------------|-------------------:|
| PAGE  1  MEALS                     | $           400    |
| TOTAL                             | $           400    |

## Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

|                   Description                   | Shareholder Amount |
|-------------------------------------------------|-------------------:|
| 8990  GROSS  RECEIPTS  FOR  2019                | 2,838,618          |
| 8990  GROSS  RECEIPTS  FOR  2018                | 3,321,088          |
| 8990  GROSS  RECEIPTS  FOR  2017                | 3,099,524          |

## Schedule K-1, Box 17, Code AD - Other Information

|                   Description                   | Shareholder Amount |
|-------------------------------------------------|-------------------:|
| S  CORP  IS  NOT  AN  ELIGIBLE  SMALL  BUSINESS  IRC  38(C)(5)(B) |  |

| | Schedule K-1, Box 17, Code V | |
|---|---|---|
| Form **1120-S** Schedule K-1 | **Shareholder's Section 199A  Information** | **2020** |
| | For calendar year 2020 or tax year beginning                    , ending | |

Name
**MECTA  CORPORATION**
**ADRIAN  N.  KETTERING**

Taxpayer Identification Number

| | Activity Description | Pass-Through Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | PRODUCT  DEVELOPMENT  &  MFG | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 17,868 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | −244 | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 45,565 | | | | |
| **Qualified property** | 9,672 | | | | |

**Other  Information:**
  QBI allocable to cooperative pmts received
  W-2 wages allocable to qualified payments
  Section 199A(g) deduction

**Section 199A REIT dividends**

| Form **1120-S**<br>**Schedule K-1** | **Schedule K-1, Box 17, Code V**<br>**Shareholder's Section 199A Information** | **2020** |
|---|---|---|

For calendar year 2020 or tax year beginning _____ , ending _____

Name

**MECTA CORPORATION**
**ROBIN H. NICOL**

Taxpayer Identification Number

▮▮▮▮▮▮▮▮▮

| | **Activity Description** | **Pass-Through<br>Entity EIN** | **PTP** | **Aggregated** | **SSTB** |
|---|---|---|---|---|---|
| **Column A** | PRODUCT DEVELOPMENT & MFG | | ☐ | ☐ | ☐ |
| **Column B** | | | ☐ | ☐ | ☐ |
| **Column C** | | | ☐ | ☐ | ☐ |
| **Column D** | | | ☐ | ☐ | ☐ |
| **Column E** | | | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 35,736 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | -488 | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 91,130 | | | | |
| **Qualified property** | 187,634 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Section 199A(g) deduction

**Section 199A REIT dividends**

| Form **1120-S** Schedule K-1 | Schedule K-1, Box 17, Code V Shareholder's Section 199A Information | **2020** |
|---|---|---|
| | For calendar year 2020 or tax year beginning        , ending | |

Name
**MECTA CORPORATION**
**GORHAM D. NICOL**

Taxpayer Identification Number

|  | **Activity Description** | **Pass-Through Entity EIN** | **PTP** | **Aggregated** | **SSTB** |
|---|---|---|---|---|---|
| **Column A** | PRODUCT DEVELOPMENT & MFG | | ☐ | ☐ | ☐ |
| **Column B** | | | ☐ | ☐ | ☐ |
| **Column C** | | | ☐ | ☐ | ☐ |
| **Column D** | | | ☐ | ☐ | ☐ |
| **Column E** | | | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | 311,051 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | −4,252 | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 793,206 | | | | |
| **Qualified property** | | | | | |

**Other Information:**
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Section 199A(g) deduction

**Section 199A REIT dividends**

**Fill in this information to identify the case:**

Debtor name    **MECTA Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 30, 2021**        X **/s/ Robin H. Nicol**
                                              Signature of individual signing on behalf of debtor

                                              **Robin H. Nicol**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Balance Point LLC, et al.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **UMPQUA Bank** 445 SE Main St Roseburg, OR 97470 | | PPP Loan | | | | **$194,581.00** |
| 2 | **Digi-Key** PO Box 250 Thief River Falls, MN 56701-0250 | Amie Barth P: 800-344-4539 | Trade Vendor | | | | **$22,813.37** |
| 3 | **TLF Logistics II Tualatin Corp** c/o Trammell Crowe Company 8625 SW Cascade Ave Beaverton, OR 97008 | P: 503-644-9400 | Lease | | | | **$15,728.58** |
| 4 | **ICO Rally** 2575 E Bayshore Rd Palo Alto, CA 94303 | AR Dept. P: 650-856-9900 F: 650-856-8378 | Trade Vendor | | | | **$14,968.25** |
| 5 | **Mouser Electronics** PO Box 99319 Fort Worth, TX 76199-0319 | Payment Processing Center P: 800-346-6873 | Trade Vendor | | | | **$8,833.31** |
| 6 | **TTI** PO Drawer 99111 Fort Worth, TX 76199-0111 | P: 503-684-3707 | Trade Vendor | | | | **$6,106.10** |
| 7 | **Health Canada MDEL** P/L 1918B, Rm 1804B 161 Goldenrod Drwy Ottawa, ON K1A 0K9 Canada | | Regulatory | | | | **$4,590.00** |
| 8 | **American Electronic Resource Inc.** 3184 Airway Ave, Bldg A Costa Mesa, CA 92626 | P: 714-384-4370 | Trade Vendor | | | | **$2,956.00** |

| Debtor | Balance Point LLC, et al. | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **National Precision (BISCO)** PO Box 68062 Anaheim, CA 92817 | AR Dept. P: 714-693-3670 | Trade Vendor | | | | **$2,345.00** |
| 10 | **URS Electronics** PO Box 14040 Portland, OR 97293 | P: 503-820-6105 | Trade Vendor | | | | **$2,079.30** |
| 11 | **HEILIND** PO Box 41117 Los Angeles, CA 90074-1117 | AR Dept. P: 408-748-1324 | Trade Vendor | | | | **$1,937.01** |
| 12 | **Allied Electronics** PO Box 841811, Dallas Lockbox Dallas, TX 75284-1811 | | Trade Vendor | | | | **$1,240.96** |
| 13 | **Cynthia Hutchinson** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 14 | **Jennifer Moore** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 15 | **John Whitsitt** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 16 | **Kari Lynn Stephens Marra** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 17 | **Kelly Tiedemann** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 18 | **Rochelle Herrera** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 19 | **Rosita Healy** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |
| 20 | **Sallie Snyder** c/o Baum Hedland 10940 Wilshire Blvd., 17th Floor Los Angeles, CA 90024 | Bijan Esfandiari P: 310-207-3233 F: 310-820-7444 besfandiari@baumhedulimdlaw.com | Litigation | Contingent, Unliquidated, Disputed | | | **Unliquidated** |

# United States Bankruptcy Court
## District of Delaware

In re   **MECTA Corporation**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adrian Kettering**<br>**19799 SW 95th Avenue**<br>**Suite B**<br>**Tualatin, OR 97062** | | **5%** | **Ownership** |
| **Robin H. Nicol**<br>**19799 SW 95th Avenue**<br>**Suite B**<br>**Tualatin, OR 97062** | | **95%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 30, 2021**

Signature   **/s/ Robin H. Nicol**

**Robin H. Nicol**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re   **MECTA Corporation**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MECTA Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 30, 2021**

Date

**/s/ Shanti M. Katona**

**Shanti M. Katona 5352**

Signature of Attorney or Litigant

Counsel for   **MECTA Corporation**

**Polsinelli PC**

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
**(302) 252-0920 Fax:(302) 252-0921**
**skatona@polsinelli.com**